UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMLINSON, | No. 2:13-cv-2112 GGH P |
| Petitioner, | |
| v. | ORDER |
| PLACER COUNTY JAIL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has purported to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, but has not filed an application to proceed in forma pauperis.

The petition names Placer County Jail, lists "conditions of confinement" as the grounds for relief, and sets forth as supporting facts the claim that petitioner and other inmates are being denied jail programs due to their classification in Ad Seg. These programs included "education, religious services, AA, NA, and other self help programs offered by Placer County Jail."

> Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); requests for relief turning on circumstances of confinement may be presented in a 1983 action.

Muhammad v. Close, 540 U.S.749, 750, 124 S. Ct. 1303, 1304 (2004) (per curiam).

1

1    Here, the petition does not pertain to the validity or duration of petitioner's confinement, but the conditions of his confinement.  It is clear that petitioner intends to bring a civil rights action rather than a habeas petition.

Accordingly, IT IS ORDERED that: The Clerk of the Court shall re-classify this action as a prisoner civil rights action and randomly reassign it to another magistrate judge.

Dated: October 23, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Thom2112.cr