1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JACOB THOMLINSON,                          No.  2:13-cv-2112-EFB P

12                   Plaintiff,

13          v.                                   ORDER

14   PLACER COUNTY JAIL,

15                   Defendant.

16

17          Plaintiff, a county inmate without counsel, has filed an action classified by the court as a

18   prisoner civil rights action.[1]  On November 25, 2013, the court informed plaintiff that to proceed

19   with this action he must file either pay the required filing fee or file an application requesting

20   leave to proceed in forma pauperis.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  The court granted

21   plaintiff thirty days within which to file the required documents.  The court also warned plaintiff

22   that failure to so comply would result in a dismissal of this action.  The time for acting has

23   passed, and plaintiff has not complied with or otherwise responded to the court's order.

24   /////

25   /////

26

27   ───────────────────────
     [1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)
     and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D.
28   Cal. Local Rules, Appx. A, at (k)(4).

                                                 1

1         Accordingly, this action is dismissed without prejudice.

2    Dated:  January 2, 2014.

3

4    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28